HARVEY R. LINBARGER, DEFENDANT IN ERROR, v. BOARD OF EDUCATION OF WEST NEW YORK, PLAINTIFF IN ERROR.

Submitted March 25, 1912—Decided June 20, 1912.

On error to the Supreme Court.

For the plaintiff in error, *Herbert Boggs* and *Mark A. Sullivan*.

For the defendant in error, *Thomas M. Day*.

PER CURIAM.

The above case was consolidated, for the purposes of trial, with another one pending between the same parties, and involving like issues. They were argued together in this court. We have affirmed the judgment under review in the case with which the present one was consolidated, and have expressed the reasons which led us to take that course in an opinion

already reported *ante* p. 446.   For the same reasons we affirm the judgment now before us.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY, JJ.   12.

*For reversal*—None.